# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136974

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KENNETH R. DEYO,
          Plaintiff-Appellant,

v

VICKI E. DEYO,
          Defendant-Appellee.

SC: 136974
COA: 274311
Livingston CC: 01-030982-DM

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk

p1117